Date: 07/12/10

\# 150616

Page:

# DIVIDENDS REMITTED TO THE COURT

Case Number 09-19935 - PENNINGTON, WANDA K

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **COLUMBIA GAS OF OHIO**<br>**200 CIVIC CENTER DRIVE, 11TH FLOOR**<br>**COLUMBUS, OHIO 43215**<br>ACCOUNT NO. 0008 | **000007** | **49.64** | **3.62** |
| ----------- Remittance Total --------------- | | **49.64** | **3.62** |

107

MARVIN A. SICHERMAN, Trustee

FILED

2010 JUL 16 PM 2:51

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

COURT1

Printed: 07/12/10 11:10 AM Ver: 15.10b